FILED

AUG 0 1 2008

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| JEREMY RASKIEWICZ, | ) | CV 08-77-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on July 3, 2008. Judge Lynch recommended dismissing Plaintiff's Complaint and Amended Complaint and counting the dismissal as a "strike" pursuant to 28 U.S.C. § 1915(g). Plaintiff timely objected on July 11, 2008. Plaintiff therefore is entitled to de novo review of those portions of the Findings and Recommendation to which he objected. 28 U.S.C. § 636(b)(1). The portions of the Findings and Recommendation not specifically objected to will be reviewed for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

Plaintiff does not object to the dismissal of this action; he only contends the dismissal should not count as a strike pursuant to 28 U.S.C. § 1915(g). Plaintiff argues because he failed to comply with the Federal Tort Claims Act's exhaustion requirements, the case is being dismissed for lack of subject matter jurisdiction, not as frivolous.

A dismissal for lack of subject matter jurisdiction does not constitute a strike unless the case is frivolous, malicious, or fails to state a claim upon which relief can be granted. O'Neal v. Price, ___ F.3d ___, 2008 WL 2718868, *11 n.9 (9th Cir. July 14, 2008); Andrews v. King, 398 F.3d 1113, 1121 (9th Cir. 2005). In his Amended Complaint, Plaintiff alleges "religious meal plan discrimination" and that his religious "tools" were improperly taken away by prison officials. Without more specific allegations, the Court cannot say Plaintiff's allegations are frivolous, malicious, or fail to state a claim upon which relief can be granted. See generally Hudson v. Palmer, 468 U.S. 517, 523 (1984). Accordingly, I will adopted Judge Lynch's recommendation to dismiss this case, but will not impose a strike against Plaintiff pursuant to 28 U.S.C. § 1915(g).

IT IS HEREBY ORDERED that Plaintiff's Complaint and Amended Complaint are DISMISSED.

The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the

Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The Court does not have subject matter jurisdiction over Plaintiff's claims, so no reasonable person could suppose that an appeal would have merit.

Dated this 1st day of August, 2008.

                     Donald W. Molloy, District Judge
                     United States District Court